**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATAPLEX, INC., | Case No. C-06-06491 JCS |
| Plaintiff(s), | |
| v. | **ORDER DIRECTING PLAINTIFF TO PREPARE STATUS REPORT** |
| ALLIANCE SEMICONDUCTOR, CORPORATION, ET AL., | |
| Defendant(s). | |
| GREG PRIOETTE, | Case No. C-06-6501 WHA |
| Plaintiff(s), | |
| v. | |
| CYPRESS SEMICONDUCTOR CORPORATION, ET AL., | |
| Defendant(s). | |
| ALEXANDER MA, | Case No. C-06-6511 EDL |
| Plaintiff(s), | |
| v. | |
| ALLIANCE SEMICONDUCTOR CORPORATION, ET AL., | |
| Defendant(s). | |
| RECLAIM CENTER, INC., ET AL., | Case No. C-06-6533 SI |
| Plaintiff(s), | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL., | |
| Defendant(s). | |

**United States District Court**
For the Northern District of California

| | | |
|---|---|---|
| 1 | YONI RIBO, | Case No. C-06-6535 WHA |
| 2 | Plaintiff(s), | |
| 3 | v. | |
| 4 | CYPRESS SEMICONDUCTOR CORPORATION, ET AL., | |
| 5 | | |
| 6 | Defendant(s). / | |
| 7 | ARTHUR MADSEN, ET AL., | Case No. C-06-6541 SI |
| 8 | Plaintiff(s), | |
| 9 | v. | |
| 10 | SAMSUNG ELECTRONICS CO., LTD., ET AL., | |
| 11 | | |
| 12 | Defendant(s). / | |
| 13 | JAMIE MAITES, ET AL., | Case No. C-06-6542 SBA |
| 14 | Plaintiff(s), | |
| 15 | v. | |
| 16 | SAMSUNG ELECTRONICS CO., LTD., ET AL., | |
| 17 | | |
| 18 | Defendant(s). / | |
| 19 | CHIP-TECH, LTD, | Case No. C06-6698 JSW |
| 20 | Plaintiff(s), | |
| 21 | v. | |
| 22 | CYPRESS SEMICONDUCTOR CORP., ET AL., | |
| 23 | | |
| 24 | Defendant(s). / | |
| 25 | | |

The Court has received two administrative motions to consider whether the cases captioned above should be related. The Initial Case Management Conference in the low-numbered case is scheduled for January 27, 2007. The Court has also received a notice from the Judicial Panel on

Multidistrict Litigation indicating that a motion to transfer has been filed pursuant to 28 U.S.C. §1407 (MDL No. 1819, *In re Static Random Access Memory (SRAM) Antitrust Litigation*).  The plaintiff in *Dataplex, Inc. v. Alliance Semiconductor, et al.*, Case No. C-06-6491 JCS, is hereby ORDERED to report to the Court, not later than December 15, 2006, regarding the status of the motion to transfer pending before the Judicial Panel on Multidistrict Litigation.  After receipt of this status report, the Court will review the administrative motions.

IT IS SO ORDERED.

Dated:  November 8, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

cc: Chief Judge Vaughn R. Walker