**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YONI RIBO, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

CYPRESS SEMICONDUCTOR CORPORATION, HYNIX SEMICONDUCTOR, INC., MICRON TECHNOLOGY, INC., NEC ELECTRONICS CORPORATION, NEC ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS COMPANY, LTD., SAMSUNG ELECTRONICS AMERICA, TOSHIBA CORPORATION, TOSHIBA AMERICA ELECTRONIC COMPONENTS, WINBOND ELECTRONICS CORPORATION, WINBOND ELECTRONICS CORPORATION AMERICA,

    Defendants.
_____/

No. C 06-06535 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **GRANTS** plaintiff's *ex parte* application to continue the case management conference to **MARCH 1, 2007, AT 11:00 A.M.** Please file a case management conference statement at least seven days prior to said conference.

    **IT IS SO ORDERED.**

Dated: December 22, 2006.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE